IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MIRAMONTES,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR ORDER DIRECTING BOP TO GRANT GOOD CONDUCT TIME**<br><br>Case No. 2:14-cr-00154-DN-5<br><br>District Judge David Nuffer |

Defendant David Miramontes seeks an order directing the Bureau of Prisons ("BOP") to grant him good conduct time consistent with the § 102(b) of the First Step Act.[1] The government responded arguing that Defendant's Motion is premature because the First Step Act's amendment of good time calculation does not become effective until July 19, 2019.[2] The government also argues that Defendant's Motion is procedurally improper because the BOP has exclusive jurisdiction to determine sentence credits, subject judicial review via habeas review under 28 U.S.C. § 2241 after an inmate has exhausted administrative remedies.[3]

For the reasons stated in the government's Response,[4] jurisdiction over Defendant's Motion is lacking.[5] Therefore,

---

[1] Motion for Order Directing Bureau of Prisons to Grant Good Conduct Time ("Motion"), docket no. 647, filed June 17, 2019.

[2] Government's Response to Motion for court to Order BOP to Grant Good Conduct Time ("Response"), docket no. 650, filed June 25, 2019.

[3] *Id*.

[4] *Id*.

[5] *See United States v. Yates*, 2019 WL 1779773 (D. Kan. Apr. 23, 2019).

IT IS HEREBY ORDERED that Defendant's Motion[6] is DENIED without prejudice.

Signed July 1, 2019.

BY THE COURT

David Nuffer
United States District Judge

---

[6] Docket no. 647, filed June 17, 2019.